

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00498-CV

**IN THE INTEREST OF R.J.G.**, R.J.G., D.G.M., Children

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020FLD000020D4
Honorable Selina Nava Mireles, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's October 27, 2021 order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED April 20, 2022.

_____
Beth Watkins, Justice